**SEALED**

CASE SEALED PER ORDER OF COURT

FILED
JUN 03 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER SCOTT MILLER, <br><br> Defendant. | Magistrate Case No.: **19MJ2311** <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 18, U.S.C. § 2252(a)(1) – Transportation of Images of Minors Engaged in Sexually Explicit Conduct <br><br> Title 18, U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count 1

Beginning on a date unknown and continuing until on or about October 26, 2017, within the Southern District of California and elsewhere, defendant CHRISTOPHER SCOTT MILLER, did knowingly transport a visual depiction using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section

#1 VRC

2256(2), and the visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

### Count 2

On or about August 16, 2018, within the Southern District of California and elsewhere, defendant Christopher Scott MILLER did knowingly possess one and more matters containing visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Garrett Radke_
Garrett Radke, Special Agent
Naval Criminal Investigative Service

Sworn to me and subscribed in my presence this 3 day of June, 2019.

_William V. Gallo_
Hon. WILLIAM V. GALLO
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On November 18, 2017, Dropbox, Inc. reported to the National Center for Missing and Exploited Children ("NCMEC") that the Dropbox[1] user associated with the email address "g8tor68@gmail.com" with user name "Chris Miller" (Subject Account) uploaded 89 files of possible child pornography. At the time the files were uploaded to the Subject Account, the user was accessing the Internet through an IP address assigned through AT&T in San Diego, California (Subject IP Address). NCMEC conducted additional open source research on the user information provided by Dropbox and further identified the user of the Subject Account as Christopher Scott MILLER with an associated address in Chula Vista, California. The matter was referred to the San Diego Internet Crimes Against Children Task Force (SDICAC).

Pursuant to a Homeland Security Investigations (HSI) Administrative Subpoena, on December 19, 2017, AT&T provided subscriber records for the Subject IP address, showing that it was assigned to Christopher MILLER at the same address in Chula Vista, California, previously identified by NCMEC. On December 21, 2017, a San Diego County Sheriff's Department (SDCSD) Detective submitted a Preservation Request to Dropbox Legal Compliance, requesting that all the information contained in the Subject Account, from January 1, 2017, be preserved pending the issuance of formal legal process.

---

[1] "Dropbox" refers to an online storage medium on the Internet accessed from a computer or electronic storage device. Online storage mediums such as Dropbox make it possible for the user to have access to saved files on their own computer or other electronic storage device. Dropbox is an "offsite" storage medium for data that can be viewed at any time from any device capable of accessing the Internet. Users can store their files on Dropbox and avoid having the files appear on their computer or other digital device.

On March 21, 2018, an NCIS Agent[1] assigned to the SDICAC obtained a federal search warrant for the Dropbox account. However, on March 26, 2018, Dropbox retracted the CyberTipline report due to a "bug" in its content review tool that rendered some of the CyberTipline reports "inaccurate and unreliable." As a result, the NCIS Agent withdrew the search warrant to Dropbox.

On June 12, 2018, Dropbox, Inc. submitted an additional report to NCMEC that the Dropbox user associated with the Subject Account uploaded 738 files of possible child pornography. At the time the files were uploaded to the Subject Account, the user was again accessing the Internet through an IP Address assigned in San Diego, California. The user associated with the account was again listed as "Chris MILLER."

On August 14, 2018, a federal search warrant was signed authorizing the search of MILLER's residence in Chula Vista, California, for evidence of violations of 18 U.S.C. §§ 2252 and 2252A. On August 15, 2018, a federal search warrant was signed authorizing the search of MILLER, including any cellular phone in his possession, for evidence of violations of 18 U.S.C. §§ 2252A. Both warrants were executed by agents of the SDICAC on August 16, 2018. Multiple computer and digital items were seized from MILLER's residence, and a cellular phone was seized from his person.

A forensic review was conducted of the data extracted from MILLER's cellular phone. That review showed the phone had been used to access Dropbox on numerous occasions, including as recently as August 12, 2018, four days before the phone was seized pursuant to the search warrant. More than 1,600 image files of child pornography were located in a folder of cache files on MILLER's cellular phone. Based upon my training and experience, I know that when a photo is viewed

---

[1] Law enforcement checks for MILLER showed he was a Chief Warrant Officer in the U.S. Navy.

1  on an Android device using an Android photo application, a copy of that photo may
2  be automatically saved or copied as a cache file. Cached photos may remain on the
3  device even after the original photo has been deleted. Review of the phone data also
4  showed numerous web browser searches consistent with attempts to locate child
5  pornography.

6  On August 16, 2018, I submitted an updated preservation letter to Dropbox
7  for MILLER's Dropbox Account. On September 21, 2018, a federal search warrant
8  was signed authorizing the search of MILLER's Dropbox account and the seizure
9  of evidence in violations of 18 U.S.C. §§ 2252 and 2252A. On September 26, 2018,
10 Dropbox responded and provided the contents of the Dropbox account, as well as
11 data regarding files uploaded to the account.

12 Review of the items provided by Dropbox in response to the warrant showed
13 thousands of video and image files were uploaded to the account between August 8,
14 2017, and October 26, 2017. The files were organized into folders with names
15 descriptive of the contents. For example, one folder titled "0-8" contained
16 approximately 87 videos of children who appeared to be under the age of 8, engaged
17 in sexually explicit conduct, including intercourse and oral copulation with adults.
18 In total, the Dropbox account included at least 789 video files, and 642 image files,
19 depicting minors engaged in sexually explicit conduct. Several of the files are
20 described below:

| File Name | File Description |
|---|---|
| VID-20161123-WA0058.mp4 | This video was added to the Dropbox account on September 2, 2017. It was saved in a folder titled "0-8." The video depicts a naked young prepubescent female lying on her back on a bed. An adult male is rubbing his erect penis on the child's labia and inserts the tip into her vagina. The male inserts his penis into the child's mouth multiple times and then puts his mouth and tongue on the child's anus and |

| | | |
|---|---|---|
| | | vagina. These acts continue for the duration of the video until the male ejaculates on the stomach and labia of the child. |
| | (Toddlerboy) Mik boy 2yo.mp4 | This video was added to the Dropbox account on September 25, 2017. It was saved in a folder titled "boys/Boys/Toddler fuck". The video depicts a prepubescent child lying on his stomach on a bed, wearing only a shirt. An adult male repeatedly puts his erect penis in the child's anus for the duration of the video. |
| | 3c00a26c-2a08-47a0-8c7f-29e9fe97a322 | This video was added to the Dropbox account on October 23, 2017. It was saved in a folder titled "boys/10 videos copied on October 23, 2017." The video depicts an adult male penis anally penetrating a toddler. |

Based upon my training and experience, I know that a Dropbox user must access the Internet in order to transfer files to, or view or retrieve files from their account. Based on my training and experience, I know that the Internet is a means and facility of interstate commerce.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee or cause harm to himself or others, may cause destruction of evidence, and may have a negative impact on this continuing investigation.

6